## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                           NO.  4:03CR00040-001 SWW

SHERRELL McGEE

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of defendant's admissions, the Court finds that defendant has violated her conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of her supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special condition:

1. Defendant shall be placed in community confinement for a period of SIX (6) MONTHS. The Court recommends that defendant participate in drug therapy or whatever program the U. S. Probation Office determines appropriate for her.

IT IS FURTHER ORDERED that defendant's term of supervised release shall remain as previously imposed, and all conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of her term of supervised release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release is denied.

IT IS SO ORDERED this 25th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE